UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY MYRICK,<br><br>                       Plaintiff,<br>    v.<br><br>SUWE, *et al.*,<br><br>                       Defendants. | Case No. 3:24-cv-00108-ART-CSD<br><br>**ORDER** |

On December 31, 2024, the Court entered an order screening Plaintiff Gregory Myrick's civil-rights complaint, finding that Myrick stated colorable claims against certain Defendants, and staying this action for 90 days to allow Myrick and Defendants an opportunity to settle their dispute. (ECF No. 10.) However, the attempt to deliver this order to Myrick came back as undeliverable, with a note that Myrick is currently housed at Southern Desert Correctional Center ("SDCC"). (ECF No. 11.)

This Court's local rules require a pro se party to "immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1.

In light of the note that Myrick is currently housed at SDCC, the Court will send a courtesy copy of this order to Myrick at SDCC. The Court grants Myrick until **February 5, 2025**, to file his updated address with the Court. If Myrick does not update the Court with his current address by that deadline, this case will be subject to dismissal without prejudice.

It is therefore ordered that Myrick shall file his updated address with the Court by **February 5, 2025**.

It is further ordered that, if Myrick does not timely comply with this order, this case will be subject to dismissal without prejudice.

It is further ordered that the Clerk of Court send a courtesy copy of this order and the Court's screening order (ECF No. 10) to Myrick at Southern Desert Correctional Center.

DATED: January 6, 2025.

_____
UNITED STATES MAGISTRATE JUDGE