UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY MYRICK,<br><br>　　　　　　Plaintiff,<br>　v.<br>SUWE, *et al.*,<br><br>　　　　　　Defendants. | Case No. 3:24-cv-00108-ART-CSD<br><br>**ORDER** |

Plaintiff Gregory Myrick filed this civil-rights action under 42 U.S.C. § 1983. On March 25, 2025, Myrick's counsel filed a motion to withdraw as attorney of record, stating that "an irretrievable breakdown in communication between attorney and client have resulted in a fundamental disagreement as to the litigation of this matter." (ECF No. 22 at 2.) Myrick's counsel also states that this motion was served on Myrick by mail at High Desert State Prison. (*Id.* at 2–3.)

Myrick is advised that, under this Court's Local Rules, he "may, but is not required to, file a response to the attorney's motion within 14 days of the filing of the motion." Nev. Loc. R. IA 11-6(b). Because Myrick was served with this motion by mail, 3 days are added to his deadline. Fed. R. Civ. P. 6(d). So, Myrick may file an optional response to his counsel's motion to withdraw by **April 11, 2025**.

Additionally, as stated in the Court's prior order (ECF No. 21), Myrick must pay the full $405 filing fee to avoid dismissal of this case. In light of the pending motion to withdraw filed by Myrick's counsel, however, the Court extends the deadline for Myrick to pay the fee until **May 16, 2025**. If Myrick does not pay the fee by that deadline, this case will be dismissed.

It is therefore ordered that Myrick may file an optional response to his counsel's motion to withdraw as attorney of record by **April 11, 2025**.

It is further ordered that Myrick shall pay the $405 filing fee in one lump sum by **May 16, 2025**.

1  It is further ordered that, if Myrick does not pay the filing fee by that deadline, this case will be dismissed.

The Clerk of Court is kindly directed to send a courtesy copy of this order, the motion to withdraw (ECF No. 22), and the Court's prior order (ECF No. 21) to Myrick at High Desert State Prison.

DATED: March 27, 2025.

_____
UNITED STATES MAGISTRATE JUDGE