UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

GREGORY MYRICK,

                  Plaintiff,

  v.

SUWE, *et al.*,

                  Defendants.

3:24-cv-00108-ART-CSD

**ORDER RE: SERVICE OF PROCESS**

      The Office of the Attorney General did not accept service of process on behalf of Defendants **Osvaldo Valez, Richard Ashcraft,** and **Eric Wood**. (ECF No. 38.) However, the Attorney General has filed the last known addresses of these Defendants under seal. (ECF No. 39.)

      The Clerk shall ISSUE summonses for **Osvaldo Valez, Richard Ashcraft,** and **Eric Wood** and send the same to the U.S. Marshal with the addresses provided under seal. (ECF No. 39.) The Clerk shall also SEND sufficient copies of the Complaint (ECF No. 9), the screening order (ECF No. 10), and this order to the U.S. Marshal for service on Defendants Valez, Ashcraft, and Wood. The court will separately provide to the U.S. Marshal completed USM 285 forms for the Defendants.

      Plaintiff is reminded that **January 13, 2026,** is the deadline to complete service of process pursuant to Fed. R. Civ. P. 4(m).

      **IT IS SO ORDERED.**

      DATED: November 6, 2025.



_____
Craig S. Denney
United States Magistrate Judge